### George H. Pinkham, et al. *vs.* William H. Witham.

Lincoln County. Decided July 26, 1916. Action on the case for damages alleged to have been caused by a fire set by the defendant on his own land and which spread to and over the land of the plain-

tiffs.  A verdict for $62.12 was returned for the plaintiffs and the case comes to the Law Court on defendant's motion for a new trial.
*Held;*

The court is not convinced that the jury erred in finding for the plaintiffs, or in the amount of damages awarded.  Motion overruled. *Andrew C. Halpen,* for plaintiff.  *George A. Cowan,* for defendant.